UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                )<br>            Plaintiff,              )<br>v.                                          )<br>                                                )<br>WAYNE RONG ZHI FENG ,  )<br>                                                )<br>            Defendant.           ) | Case No. 2:09-cr-438 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __WAYNE RONG ZHI FENG__ ; Case 2:09-cr-438 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $50,000.00 to be co-signed by Winnie Feng.

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond secured by Real Property

    __     Corporate Surety Bail Bond

    _X_    (Other) Pretrial conditions/supervision. Defendant to surrender his passport immediately.

Issued at  Sacramento, CA  on 10/22/09  at  3:18 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge